UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

**CIVIL ACTION NO. 11-92-JBC**

**ROY APPLEGATE,**                                                                                       **PETITIONER,**

**V.**                                               **O R D E R**

**GARY BECKSTROM, WARDEN,**                                                         **RESPONDENT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on Roy Applegate's pro se petition for writ of habeas corpus (R. 1) and Gary Beckstrom's motion to dismiss Applegate's petition as time-barred (R. 7). The Magistrate Judge recommends that Applegate's petition be denied and that Beckstrom's motion be granted. Having reviewed the record de novo in light of the defendant's objections, the court accepts the conclusions of the Magistrate Judge's Report and Recommendation.

In the Report and Recommendation, Magistrate Judge Edward B. Atkins concludes that Applegate's petition is time-barred by the one-year period of limitations established by the Antiterrorism and Effective Death Penalty Act of 1996. Applegate's one-year limitation period for filing a federal habeas petition began to run on January 28, 2010, the day after his conviction became final. In his objections to the Report and Recommendation, Applegate claims that his RCr 11.42 motion to vacate, filed in the Lewis County Circuit Court on January 4, 2010, should have tolled the limitation period. That court ruled on February 2, 2010, that Applegate's motion was "not properly filed or plead [sic]." Because it

was not properly filed, it did not toll the one-year limitation period.  28 U.S.C. §2244(d)(2).  Applegate filed this petition for habeas corpus on August 31, 2011, many months after the limitation period had expired.  Although Applegate may well be entitled to re-submit his 11.42 motion in state court, the period of limitation that governs his habeas petition has run. Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation, (R. 11), is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that Applegate's petition for writ of habeas corpus (R. 1), is **DENIED**, that Beckstrom's motion to dismiss (R.7) is **GRANTED**, and that this matter is **DISMISSED WITH PREJUDICE**.

Signed on February 7, 2012



JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY